# Exhibit B
# to
# Notice of Removal

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

| | |
|---|---|
| CHRYSTAL HOLMES, | Case No.: |
| on behalf of herself and all others similarly situated, | |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | |
| THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, | |
| LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, | |
| and | |
| CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA, | |
| Defendants. | |

## SUMMONS

**THE STATE OF FLORIDA:**

To all and singular Sheriffs of said state:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and/or Request for Production in the above-styled cause upon the Defendant:

THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC.
d/b/a UF HEALTH CENTRAL FLORIDA
REGISTERED AGENT
PHILIP J. BRAUN
715 WEST OAK TERRACE DR
LEESBURG, FL 34748

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on:

>John Yanchunis, Esquire
>**Morgan & Morgan Complex Litigation Group**
>201 N. Franklin Street, 7th Floor
>Tampa, Florida 33602
>(813) 223-5505 // FAX: (813) 223-5402
>E-Mail:  jyanchunis@forthepeople.com
>             jcabezas@forthepeople.com

within *twenty (20) days* after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

**If you are a person with a disability who needs any accommodation in order to participate in a proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Lake County Courthouse, P.O Box 7800/550 W. Main Street, Tavares, Florida 32778, Telephone (352) 742-4221, at least 7 days before your scheduled court appearance, or immediately upon receiving a notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**WITNESS** my hand and the seal of this Court on this the _____ day of _____, 2021.

                                                   **CLERK OF THE CIRCUIT COURT**


                                           By: _____

                                                          as Deputy Clerk

Filing # 134054313 E-Filed 09/03/2021 05:30:50 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

| | |
|---|---|
| CHRYSTAL HOLMES,<br><br>on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA,<br><br>LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA,<br><br>and<br><br>CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA,<br><br>          Defendants. | Case No.:<br><br><br><br>DEMAND FOR JURY TRIAL |

## SUMMONS

**THE STATE OF FLORIDA:**

To all and singular Sheriffs of said state:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and/or Request for Production in the above-styled cause upon the Defendant:

LEESBURG REGIONAL MEDICAL CENTER, INC.
d/b/a UF HEALTH CENTRAL FLORIDA,
REGISTERED AGENT
PHILIP J. BRAUN
715 WEST OAK TERRACE DR
LEESBURG, FL 34748

FILED: LAKE COUNTY, GARY J. COONEY, CLERK, 09/07/2021 03:18:53 PM

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on:

> John Yanchunis, Esquire
> **Morgan & Morgan Complex Litigation Group**
> 201 N. Franklin Street, 7th Floor
> Tampa, Florida 33602
> (813) 223-5505 // FAX: (813) 223-5402
> E-Mail: jyanchunis@forthepeople.com
> jcabezas@forthepeople.com

within *twenty (20) days* after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

**If you are a person with a disability who needs any accommodation in order to participate in a proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Lake County Courthouse, P.O Box 7800/550 W. Main Street, Tavares, Florida 32778, Telephone (352) 742-4221, at least 7 days before your scheduled court appearance, or immediately upon receiving a notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**WITNESS** my hand and the seal of this Court on this the _____ day of _____, 2021.

**CLERK OF THE CIRCUIT COURT**

By: _____

as Deputy Clerk

Filing # 134054313 E-Filed 09/03/2021 05:30:50 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

| | |
|---|---|
| CHRYSTAL HOLMES, <br><br>on behalf of herself and all others similarly situated, <br><br>        Plaintiff, <br>vs. <br><br>THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, <br><br>LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, <br><br>and <br><br>CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA, <br><br>        Defendants. | Case No.: <br><br><br><br>DEMAND FOR JURY TRIAL |

## SUMMONS

**THE STATE OF FLORIDA:**

To all and singular Sheriffs of said state:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and/or Request for Production in the above-styled cause upon the Defendant:

    CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA,
    REGISTERED AGENT
    PHILIP J. BRAUN
    715 WEST OAK TERRACE DR
    LEESBURG, FL 34748

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on:

        John Yanchunis, Esquire
        **Morgan & Morgan Complex Litigation Group**
        201 N. Franklin Street, 7th Floor
        Tampa, Florida 33602
        (813) 223-5505 // FAX: (813) 223-5402
        E-Mail:  jyanchunis@forthepeople.com
                       jcabezas@forthepeople.com

within *twenty (20) days* after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

        **If you are a person with a disability who needs any accommodation in order to participate in a proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Lake County Courthouse, P.O Box 7800/550 W. Main Street, Tavares, Florida 32778, Telephone (352) 742-4221, at least 7 days before your scheduled court appearance, or immediately upon receiving a notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

        **WITNESS** my hand and the seal of this Court on this the _____ day of _____, 2021.

                                                      **CLERK OF THE CIRCUIT COURT**

                                                      By:  _____

                                                                 as Deputy Clerk



# GARY J. COONEY

CLERK OF THE CIRCUIT COURT AND COMPTROLLER
P O BOX 7800, 550 WEST MAIN STREET, TAVARES, FL  32778

**RECEIPT**
2675282

Printed On:
09/07/2021 03:21
Page 1 of 1

| Receipt Number: 2675282 - Date 09/07/2021  Time 3:21PM |||||
|---|---|---|---|---|
| **Received of:** | John A. Yanchunis<br>201 N. Franklin Street<br>7th Floor<br>Tampa, FL 33602 ||||
| **Cashier Name:** | efiling | | **Balance Owed:** | 430.00 |
| **Cashier Location:** | E-Filing | | **Total Amount Paid:** | 430.00 |
| **Receipt ID:** | 2287256 | | **Remaining Balance:** | 0.00 |
| **Division:** | | | | |
| **Case# 35-2021-CA-001536-AXXX-XX -- Plaintiff: HOLMES, CHRYSTAL** |||||
| Item || Balance | Paid | Bal Remaining |
| Fees || 430.00 | 430.00 | 0.00 |
| **Case Total** || **430.00** | **430.00** | **0.00** |
| **Payments** |||||
| **Type** || **Ref#** || **Amount** |
| eFiling Credit Card || 32262545 || 430.00 |
| **Total Received** |||| **430.00** |
| **Total Paid** |||| **430.00** |

Filing # 134054313 E-Filed 09/03/2021 05:30:50 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

| | |
|---|---|
| CHRYSTAL HOLMES,<br><br>on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA,<br><br>LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA,<br><br>and<br><br>CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA,<br><br>    Defendants. | Case No.:  2021CA1536<br><br><br>DEMAND FOR JURY TRIAL |

## SUMMONS

**THE STATE OF FLORIDA:**

To all and singular Sheriffs of said state:

  **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and/or Request for Production in the above-styled cause upon the Defendant:

THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC.
d/b/a UF HEALTH CENTRAL FLORIDA
REGISTERED AGENT
PHILIP J. BRAUN
715 WEST OAK TERRACE DR
LEESBURG, FL 34748

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on:

>John Yanchunis, Esquire
>**Morgan & Morgan Complex Litigation Group**
>201 N. Franklin Street, 7th Floor
>Tampa, Florida 33602
>(813) 223-5505 // FAX: (813) 223-5402
>E-Mail:  jyanchunis@forthepeople.com
>             jcabezas@forthepeople.com

within *twenty (20) days* after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

**If you are a person with a disability who needs any accommodation in order to participate in a proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Lake County Courthouse, P.O Box 7800/550 W. Main Street, Tavares, Florida 32778, Telephone (352) 742-4221, at least 7 days before your scheduled court appearance, or immediately upon receiving a notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**WITNESS** my hand and the seal of this Court on this the __7th__ day of __September__, 2021.

                                                 **CLERK OF THE CIRCUIT COURT**

By: *Linda Benson*

                                                 as Deputy Clerk

Filing # 134054313 E-Filed 09/03/2021 05:30:50 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

| | |
|---|---|
| CHRYSTAL HOLMES, | Case No.:   2021CA1536 |
| on behalf of herself and all others similarly situated, | |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | |
| THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, | |
| LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, | |
| and | |
| CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA, | |
| Defendants. | |

## SUMMONS

**THE STATE OF FLORIDA:**

To all and singular Sheriffs of said state:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and/or Request for Production in the above-styled cause upon the Defendant:

LEESBURG REGIONAL MEDICAL CENTER, INC.
d/b/a UF HEALTH CENTRAL FLORIDA,
REGISTERED AGENT
PHILIP J. BRAUN
715 WEST OAK TERRACE DR
LEESBURG, FL 34748

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on:

> John Yanchunis, Esquire
> **Morgan & Morgan Complex Litigation Group**
> 201 N. Franklin Street, 7th Floor
> Tampa, Florida 33602
> (813) 223-5505 // FAX: (813) 223-5402
> E-Mail:  jyanchunis@forthepeople.com
>                  jcabezas@forthepeople.com

within *twenty (20) days* after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

**If you are a person with a disability who needs any accommodation in order to participate in a proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Lake County Courthouse, P.O Box 7800/550 W. Main Street, Tavares, Florida 32778, Telephone (352) 742-4221, at least 7 days before your scheduled court appearance, or immediately upon receiving a notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**WITNESS** my hand and the seal of this Court on this the  7th  day of  September , 2021.

CLERK OF THE CIRCUIT COURT

By: *Linda Benson*

as Deputy Clerk

Filing # 134054313 E-Filed 09/03/2021 05:30:50 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

CHRYSTAL HOLMES,

on behalf of herself and all others similarly situated,

    Plaintiff,
vs.

THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA,

LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA,

and

CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA,

    Defendants.

Case No.: 2021CA1536

DEMAND FOR JURY TRIAL

## SUMMONS

**THE STATE OF FLORIDA:**

To all and singular Sheriffs of said state:

  **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Interrogatories and/or Request for Production in the above-styled cause upon the Defendant:

    CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA,
    REGISTERED AGENT
    PHILIP J. BRAUN
    715 WEST OAK TERRACE DR
    LEESBURG, FL 34748

  Each Defendant is hereby required to serve written defenses to said Complaint or Petition on:

      John Yanchunis, Esquire
      **Morgan & Morgan Complex Litigation Group**
      201 N. Franklin Street, 7th Floor
      Tampa, Florida 33602
      (813) 223-5505 // FAX: (813) 223-5402
      E-Mail: jyanchunis@forthepeople.com
          jcabezas@forthepeople.com

within *twenty (20) days* after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

  **If you are a person with a disability who needs any accommodation in order to participate in a proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Lake County Courthouse, P.O Box 7800/550 W. Main Street, Tavares, Florida 32778, Telephone (352) 742-4221, at least 7 days before your scheduled court appearance, or immediately upon receiving a notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

  **WITNESS** my hand and the seal of this Court on this the __7th__ day of __September__, 2021.

                **CLERK OF THE CIRCUIT COURT**

            By: *Linda Benson*
                as Deputy Clerk

## RETURN OF SERVICE

**State of Florida**      **County of Lake**      **Circuit Court**

Case Number: 2021-CA-1536

Plaintiff:
CHRYSTAL HOLMES

vs.

Defendant:
THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA, LEESBURG REGIONAL MEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA and CENTRAL FLORIDA HEALTH, INC. D/B/A UF HEALTH CENTRAL FLORIDA

For:
John Yanchunis
Morgan & Morgan (Tampa)

Received by TAMPA PROCESS, LLC on the 9th day of September, 2021 at 2:49 pm to be served on CENTRAL FLORIDA HEALTH, INC. D/B/A UF HEALTH CENTRAL FLORIDA C/O R/A PHILIP J. BRAUN, 715 WEST OAK TERRACE DRIVE, LEESBURG, FL 34748.

I, Terry W. Moore, do hereby affirm that on the 15th day of September, 2021 at 3:21 pm, I:

served an AUTHORIZED entity by delivering a true copy of the Summons and Complaint with Exhibit(s) with the date and hour of service endorsed thereon by me, to: JUDITH VEDA as Clerk at the address of: 715 W. Oak Terrace Drive, LEESBURG, Lake County, FL 34748, who stated they are authorized to accept service for CENTRAL FLORIDA HEALTH, INC. D/B/A UF HEALTH CENTRAL FLORIDA, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 55, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 145, Hair: Grey, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Terry W. Moore
CPS # 8.12.15

TAMPA PROCESS, LLC
Post Office Box 271986
TAMPA, FL 33688
(813) 964-9159

Our Job Serial Number: IST-2021003774
Ref: 11958776 - 3774 / 7559

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c



35-2021-CA-001536-AXXX-XX

Filing # 134054313 E-Filed 09/03/2021 05:30:50 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

CHRYSTAL HOLMES,

on behalf of herself and all others similarly situated,

        Plaintiff,

vs.

THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA,

LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA,

and

CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA,

        Defendants.

Case No.: 2021CA1536

DEMAND FOR JURY TRIAL

9/15/21 @ 3:21 PM
#8125 @

## SUMMONS

THE STATE OF FLORIDA:

To all and singular Sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories and/or Request for Production in the above-styled cause upon the Defendant:

CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA,
REGISTERED AGENT
PHILIP J. BRAUN
715 WEST OAK TERRACE DR
LEESBURG, FL 34748

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on:

FILED: LAKE COUNTY, GARY J. COONEY, CLERK, 09/07/2021 03:18:54 PM

# RETURN OF SERVICE

**State of Florida**      **County of Lake**      **Circuit Court**

Case Number: 2021-CA-1536

Plaintiff:
CHRYSTAL HOLMES

vs.

Defendant:
THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA, LEESBURG REGIONALMEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA and CENTRAL FLORIDA HEALTH, INC. D/B/A UF HEALTH CENTRAL FLORIDA

For:
John Yanchunis
Morgan & Morgan (Tampa)

Received by TAMPA PROCESS, LLC on the 9th day of September, 2021 at 2:51 pm to be served on THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA C/O R/A PHILIP J. BRAUN, 715 WEST OAK TERRACE DRIVE, LEESBURG, FL 34748.

I, Terry W. Moore, do hereby affirm that on the 15th day of September, 2021 at 3:21 pm, I:

served an AUTHORIZED entity by delivering a true copy of the Summons and Complaint with Exhibit(s) with the date and hour of service endorsed thereon by me, to: JUDITH VEDA as Clerk at the address of: 715 W. Oak Terrace Drive, LEESBURG, Lake County, FL 34748, who stated they are authorized to accept service for THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 55, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 145, Hair: Grey, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Terry W. Moore
CPS # 8.12.15

TAMPA PROCESS, LLC
Post Office Box 271986
TAMPA, FL 33688
(813) 964-9159

Our Job Serial Number: IST-2021003776
Ref: 11958776 - 3776 / 7561

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c



FILED: LAKE COUNTY, GARY J. COONEY, CLERK, 09/21/2021 04:57:58 PM

Filing # 134054313 E-Filed 09/03/2021 05:30:50 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

| | |
|---|---|
| CHRYSTAL HOLMES, <br><br> on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, <br><br> LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, <br><br> and <br><br> CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA, <br><br> Defendants. | Case No.: 2021CA1536 <br><br><br> DEMAND FOR JURY TRIAL |

9/15/2021 @ 3:21 PM
#31215 @

## SUMMONS

THE STATE OF FLORIDA:

To all and singular Sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories and/or Request for Production in the above-styled cause upon the Defendant:

THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC.
d/b/a UF HEALTH CENTRAL FLORIDA
REGISTERED AGENT
PHILIP J. BRAUN
715 WEST OAK TERRACE DR
LEESBURG, FL 34748

# RETURN OF SERVICE

State of Florida      County of Lake      Circuit Court

Case Number: 2021-CA-1536

Plaintiff:
CHRYSTAL HOLMES

vs.

Defendant:
THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA, LEESBURG REGIONALMEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA and CENTRAL FLORIDA HEALTH, INC. D/B/A UF HEALTH CENTRAL FLORIDA

For:
John Yanchunis
Morgan & Morgan (Tampa)

Received by TAMPA PROCESS, LLC on the 9th day of September, 2021 at 2:50 pm to be served on LESSBURG REGIONAL MEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA C/O R/A PHILIP J. BRAUN, 715 WEST OAK TERRACE DRIVE, LEESBURG, FL 34748.

I, Terry W. Moore, do hereby affirm that on the 15th day of September, 2021 at 3:21 pm, I:

served an AUTHORIZED entity by delivering a true copy of the Summons and Complaint with Exhibit(s) with the date and hour of service endorsed thereon by me, to: JUDITH VEDA as Clerk at the address of: 715 W. Oak Terrace Drive, LEESBURG, Lake County, FL 34748, who stated they are authorized to accept service for LESSBURG REGIONAL MEDICAL CENTER, INC. D/B/A UF HEALTH CENTRAL FLORIDA, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 55, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 145, Hair: Grey, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Terry W. Moore
CPS # 8.12.15

TAMPA PROCESS, LLC
Post Office Box 271986
TAMPA, FL 33688
(813) 964-9159

Our Job Serial Number: IST-2021003775
Ref: 11958776 - 3775 / 7560

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c



35-2021-CA-001536-AXXX-XX

Filing # 134054313 E-Filed 09/03/2021 05:30:50 PM

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL
CIRCUIT IN AND FOR LAKE COUNTY, FLORIDA

| | |
|---|---|
| CHRYSTAL HOLMES, <br><br> on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, <br><br> LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA, <br><br> and <br><br> CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA, <br><br> Defendants. | Case No.: 2021CA1536 <br><br><br> DEMAND FOR JURY TRIAL |

9/15/2021 @ 3:21 PM
#81215 @

## SUMMONS

THE STATE OF FLORIDA:

To all and singular Sheriffs of said state:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories and/or Request for Production in the above-styled cause upon the Defendant:

LEESBURG REGIONAL MEDICAL CENTER, INC.
d/b/a UF HEALTH CENTRAL FLORIDA,
REGISTERED AGENT
PHILIP J. BRAUN
715 WEST OAK TERRACE DR
LEESBURG, FL 34748