# Exhibit C
# to
# Notice of Removal

Home / Case Search / 35-2021-CA-001536-AXXX-XX

Print ()                                                                          ← Back to Results

**Case #:** 35-2021-CA-001536-AXXX-XX                **File Date:** 09/03/2021

**Party Name/Business:** HOLMES, CHRYSTAL            **Court Type :** Circuit Civil

**Name Suffix:**                                     **Case Type:** Negligence-Mass Tort

**DOB:**                                             **Case Status:** OPEN

**Party Type:** Plaintiff                            **Restitution Balance:** $0.00

**Offense Date:**

Parties ()   Charges ()   Court Events ()   **Dockets ()**   Sentences ()   Arrests & Bonds ()   Linked

Combine Documents

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|---|---|---|---|---|---|---|---|
| ☑ 📎 | 1 | 09/03/2021 | 0 | CIVIL COVER SHEET | | | |
| ☑ 📎 | 2 | 09/03/2021 | 0 | CIVIL COVER SHEET | | | |
| ☑ 📎 | 3 | 09/03/2021 | 0 | COMPLAINT | CLASS ACTION AND DEMAND FOR JURY TRIAL | | |
| ☑ 📎 | 4 | 09/03/2021 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |

Privacy - Terms

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|---|---|---|---|---|---|---|---|
| ☑ 📎 | 5 | 09/03/2021 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| ☑ 📎 | 6 | 09/03/2021 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| ☑ 📎 | 7 | 09/07/2021 | 0 | PAID $430.00 ON RECEIPT 2675282, FULLY PAID | $430.00 2675282 Fully Paid | | |
| ☑ 📎 | 8 | 09/07/2021 | 0 | SUMMONS ISSUED TO VILLAGES TRI COUNTY MEDICAL CENTER INC DBA UF HEALTH CENTRAL FLORIDA, | VILLAGES TRI COUNTY MEDICAL CENTER INC DBA UF HEALTH CENTRAL FLORIDA, | | |
| ☑ 📎 | 9 | 09/07/2021 | 0 | SUMMONS ISSUED TO LEESBURG REGIONAL MEDICAL CENTER INC DBA UF HEALTH CENTRAL FLORIDA, | LEESBURG REGIONAL MEDICAL CENTER INC DBA UF HEALTH CENTRAL FLORIDA, | | |
| ☑ 📎 | 10 | 09/07/2021 | 0 | SUMMONS ISSUED TO CENTRAL FLORIDA HEALTH INC DBA UF HEALTH CENTRAL FLORIDA, | CENTRAL FLORIDA HEALTH INC DBA UF HEALTH CENTRAL FLORIDA, | | |

Privacy - Terms

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|---|---|---|---|---|---|---|---|
| ✓ 📎 | 11 | 09/21/2021 | 0 | SUMMONS RETURNED SERVED AS TO CENTRAL FLORIDA HEALTH INC DBA UF HEALTH CENTRAL FLORIDA, / 09/15/2021 | CENTRAL FLORIDA HEALTH INC DBA UF HEALTH CENTRAL FLORIDA, 09/15/2021 | | |
| ✓ 📎 | 12 | 09/21/2021 | 0 | SUMMONS RETURNED SERVED AS TO VILLAGES TRI COUNTY MEDICAL CENTER INC DBA UF HEALTH CENTRAL FLORIDA, / 09/15/2021 | VILLAGES TRI COUNTY MEDICAL CENTER INC DBA UF HEALTH CENTRAL FLORIDA, 09/15/2021 | | |
| ✓ 📎 | 13 | 09/21/2021 | 0 | SUMMONS RETURNED SERVED AS TO LEESBURG REGIONAL MEDICAL CENTER INC DBA UF HEALTH CENTRAL FLORIDA, / 09/15/2021 | LEESBURG REGIONAL MEDICAL CENTER INC DBA UF HEALTH CENTRAL FLORIDA, 09/15/2021 | | |
| ✓ 📎 | 14 | 10/04/2021 | 0 | STIPULATION | FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT | | |

Showing 1 to 14 of 14 entries

1

© 2021 - ShowCase is a registered trademark™ of equivant

Case 5:21-cv-00508-JA-PRL   Document 1-3   Filed 10/14/21   Page 5 of 5 PageID 95

1

Privacy - Terms