# Exhibit D
# to
# Notice of Removal

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.   **CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>LAKE</u>   COUNTY, FLORIDA

<u>Chrystal Holmes</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>The Villages Tri-County Medical Center, Leesburg Regional Medical Center, Central Florida Health, Inc.</u>
Defendant

II.   **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

III.   **TYPE OF CASE**    (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☒ No ☐

**IV.  REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.  NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

   3

**VI.  IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ yes
☐ no

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ John Yanchunis Sr.                     Fla. Bar # 324681
           Attorney or party                                       (Bar # if attorney)

John Yanchunis Sr.                                       09/03/2021
(type or print name)                                    Date

Filing # 134054313 E-Filed 09/03/2021 05:30:50 PM

FORM 1.997.        CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I. **CASE STYLE**

Name of Court: In the Circuit Court for the Fifth Judicial Circuit in and For Lake County, Florida

Plaintiff: Crystal Holmes

Case No.: _____
Judge: _____

vs. Defendant: The Villages Tri-County Medical Center, Inc. d/b/a UF Health Central Florida, et al.

II. **AMOUNT OF CLAIM**

**Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.**

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001 - $50,000
- ☐ $50,001 - $75,000
- ☐ $75,001 - $100,000
- ☒ over $100,000

III. **TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**Circuit Civil:**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence

- ■ Negligence – Other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ■ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade regulation
  - ☐ Business transactions
  - ☐ Constitutional challenge – statute or ordinance
  - ☐ Constitutional challenge – proposed amendment
  - ☐ Corporate trusts
  - ☐ Discrimination – employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**County Civil:**
- ☐ Civil
- ☐ Real property/Mortgage foreclosure
- ☐ Replevins
- ☐ Evictions
  - ☐ Residential evictions
  - ☐ Non-residential evictions
- ☐ Other civil (non-monetary)

IV. **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☒ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

V. **NUMBER OF CAUSES OF ACTION:** 3

Specify: Negligence, Breach of Contract, and Breach of Fiduciary Duty

VI. **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☒ Yes ☐ No

VII. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No ☐ Yes (If "yes," list all related cases by name, case number, and court.)

VIII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

_____          324681
Signature of attorney or party      Fla. Bar # (if Attorney)

John A. Yanchunis              09/03/2021
Type or print name             Date

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

CHRYSTAL HOLMES, on *behalf of herself and all others similarly situated*,

Plaintiff,

v.

THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a HEALTH CENTRAL FLORIDA,

LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA

and

CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA,

Defendants.

Case No. 35-2021-CA-001536-AXXX-XX

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTON COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Chrystal Holmes, and counsel for Defendants, The Villages Tri-County Medical Center, Inc. d/b/a Health Central Florida, Leesburg Regional Medical Center, Inc. d/b/a UF Health Central Florida, and Central Florida Health, Inc. d/b/a UF Health Central Florida, that the time within which Defendants may move, answer, or otherwise plead to the Class Action Complaint filed by Plaintiff in this action on September 7, 2021, and served on Defendants on September 15, 2021, is hereby extended up to and including November 15, 2021.

No provision of this Stipulation shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

Dated this 4th day of October, 2021.

| | |
|---|---|
| *s/John A. Yanchunis* | *s/Julie Singer Brady* |
| John A. Yanchunis | Julie Singer Brady, Esq. |
| Florida Bar No. | Florida Bar No. 389315 |
| jyanchunis@ForThePeople.com | Email: jsingerbrady@bakerlaw.com |
| Ryan D. Maxey | Yameel L. Mercado Robles, Esq. |
| Florida Bar No. | Florida Bar No. 1003897 |
| rmaxey@ForThePeople.com | Email: ymercadorobles@bakerlaw.com |
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** | **BAKER & HOSTETLER LLP** |
| 201 N. Franklin Street, 7th Floor | 200 South Orange Avenue, Suite 2300 |
| Tampa, FL 33602 | Orlando, FL 32801-3432 |
| Telephone: 813.223.5505 | Telephone: 407.649.4000 |
| | Facsimile: 407.841.0168 |
| Counsel for Plaintiff | Casie D. Collignon, Esq. (*Pro Hac Vice Motion Forthcoming*) |
| | Email: ccollignon@bakerlaw.com |
| | **BAKER & HOSTETLER LLP** |
| | 1801 California Street | Suite 4400 |
| | Denver, CO 80202-2662 |
| | Telephone: 303.861.0600 |
| | Telecopier: 303.861.7805 |
| | Counsel for Defendants |

### CERTIFICATE OF SERVICE

I hereby certify that, on October 4, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the Florida E-Filing Portal, which will send a Notice of Electronic Filing to all counsel of record.

*s/Julie Singer Brady*
Julie Singer Brady, Esq.

4847-7421-3885.1