UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CHRYSTAL HOLMES,**

      **Plaintiff,**

v.   Case No. 5:21-cv-508-JA-PRL

**THE VILLAGES TRI-COUNTY
MEDICAL CENTER, INC. D/B/A
UF HEALTH CENTRAL
FLORIDA, LEESBURG
REGIONAL MEDICAL CENTER,
INC. D/B/A UF HEAL TH
CENTRAL FLORIDA and
CENTRAL FLORIDA HEALTH,
INC. D/B/A UF HEALTH
CENTRAL FLORIDA,**

      **Defendants.**

## INITIAL ORDER

    For a just and efficient resolution of this case, the parties are **DIRECTED** to read and comply with the Middle District of Florida's Local Rules. *See* Local Rule 1.01(a). While not exhaustive, this Order establishes deadlines for filings required at the initial stages of this action.

    To assist the Court in identifying matters that might require consideration of recusal, within **fourteen days** from the date of this Order or, if a party joins this action subsequent to the entry of this Order, from the date of a party's first appearance, each party, *pro se* party, governmental party,

intervenor, non-party movant, and Rule 69 garnishee is **DIRECTED** to file and serve a Disclosure Statement in substantially the form attached.[1] *See* Local Rule 3.03. Each party has a continuing obligation to file and serve an amended statement within **fourteen days** of discovering any ground for amendment, conflict of interest, recusal, or disqualification of the judicial officer. *See id.*

The parties have a continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in this district or elsewhere. If the instant action should be designated as a successive or other related action pursuant to Local Rule 1.07, counsel and any *pro se* party shall file and serve a notice to that effect no later than **fourteen days** from the date of this Order. The parties shall use the attached form titled *Notice of a Related Action*. No notice need be filed if there are no related actions as defined by the rule.

The parties are **DIRECTED** to consult Local Rule 3.02 to determine whether this action requires a case management conference and case management report (CMR) or if it instead falls under one of the exceptions listed in Local Rule 3.02(d). If a CMR is required, the parties shall use the CMR form on the Court's website, www.flmd.uscourts.gov. The parties must conduct the meeting to prepare the CMR in person, by telephone, or by

---

[1] No party may seek discovery from any source before filing and serving the required Disclosure Statement. A motion, memorandum, response, or other paper (including an emergency motion) may be denied or stricken unless the filing party has previously filed and served a Disclosure Statement.

comparable means and file the CMR in compliance with Local Rule 3.02(b). If the parties fail to identify a mediator in their CMR, the Court will appoint one in the Case Management and Scheduling Order.

Upon consent of all parties, a United States Magistrate Judge is available pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 to conduct all further proceedings in this case. Consent forms are attached to this order. A party is free to withhold consent without adverse substantive consequences. *See* 28 U.S.C. § 636(c)(2); Fed. R. Civ. P. 73(b)(2).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 15, 2021.

JOHN ANTOON II
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

[insert caption of the case]

**<u>Disclosure Statement</u>**

I hereby disclose the following pursuant to this Court's Initial Order:

1.) the name of each person, lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other entity that has or might have an interest[2] in the outcome of this action:

    [insert list]

2.) the name of each other entity whose publicly traded shares or debt may potentially be affected by the outcome of the proceedings:

    [insert list]

3.) the name of each other entity likely to actively participate in the proceedings, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    [insert list]

4.) each person arguably eligible for restitution:

    [insert list]

5.) Check one of the following:

\_\_\_\_ a.  I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.
**-or-**

\_\_\_\_ b.  I certify that I am aware of a conflict or basis of recusal of the district judge or magistrate judge as follows: (explain)

---

[1] A party should not list an assigned district judge or magistrate judge as an "interested person" absent some non-judicial interest.  A list of the undersigned judge's investments is posted on the Court's website.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

,

    **Plaintiff,**

v.                                                                  Case No.

,

    **Defendant.**

_____

### NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action is related to the following pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court or administrative agency:

_____
_____
_____
_____

I further certify that I will serve a copy of this Notice of a Related Action upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
  [Address and Telephone]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

With the parties' consent, a district judge under 28 U.S.C. § 636(c) can refer any civil matter to a magistrate judge for any or all proceedings, including the resolution of any motion, a jury or non-jury trial, and entry of final judgment. Although the same law, rules, and procedure govern before both the district judge and the magistrate judge, reference to the magistrate judge often results in an earlier and more reliable trial date (a magistrate judge's trial calendar need not accommodate criminal trials, which are subject to the requirement of constitutional and statutory "speedy trial"). A final judgment entered by the magistrate judge is appealable directly to the United States Court of Appeals.

The parties can formalize consent to the magistrate judge on an AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," a copy of which is attached. Consent requires the signature of each party's counsel and the signature of any unrepresented party. The district judges of the Middle District of Florida request that each party and each counsel carefully consider the benefits to the public, to the court, and to the parties of consent to proceed before the magistrate judge. Of course, consent is entirely voluntary, and — without any adverse substantive consequence — a party for any reason can withhold consent and continue the action before the district judge.

_____
Steven D. Merryday
Chief United States District Judge

_____
Virginia M. Hernandez Covington
United States District Judge

_____
Mary S. Scriven
United States District Judge

_____
Roy B. Dalton, Jr.
United States District Judge

_____
Brian J. Davis
United States District Judge

_____
Carlos E. Mendoza
United States District Judge

_____
Thomas P. Barber
United States District Judge

_____
Timothy J. Corrigan
United States District Judge

_____
Marcia Morales Howard
United States District Judge

_____
Charlene Edwards Honeywell
United States District Judge

_____
Sheri Polster Chappell
United States District Judge

_____
Paul G. Byron
United States District Judge

_____
William F. Jung
United States District Judge

_____
Wendy W. Berger
United States District Judge

AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   6 |
| | ) | |
| *Defendants* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

AO 85A  (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

UNITED STATES DISTRICT COURT
for the
Middle District of Florida

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendants* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.*  The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

**Motions:** _____

_____

_____

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.