# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHRYSTAL HOLMES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VILLAGES TRI-COUNTY MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA; LEESBURG REGIONAL MEDICAL CENTER, INC. d/b/a UF HEALTH CENTRAL FLORIDA; and CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA<br><br>Defendants. | Case No.: 5:21-cv-508-JA-PRL<br><br>**DEFENDANT CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL FLORIDA'S CORPORATE DISCLOSURE STATEMENT**<br><br><br>Action Filed:     September 3, 2021<br>Complaint Served:   September 15, 2021 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3.03, Defendant Central Florida Health, Inc. d/b/a UF Health Central Florida ("Central Florida Health") hereby files its Corporate Disclosure Statement as follows:

1.      Each person that has or might have an interest in the outcome:

a.      Chrystal Holmes – Plaintiff

b.      John A. Yanchunis – Counsel for Plaintiff

c.      Ryan D. Maxey – Counsel for Plaintiff

     d.     The Villages Tri-County Medical Center, Inc. d/b/a UF Health Central Florida ("The Villages") – Defendant

     e.     Leesburg Regional Medical Center, Inc. d/b/a UF Health Central Florida ("LRMC") – Defendant

     f.     Central Florida Health — Defendant

     g.     Baker & Hostetler LLP – Counsel for The Villages, LRMC, and Central Florida Health (collectively, "Defendants")

2.     Each entity with publicly traded shares or debt potentially affected by the outcome:

     a.     The Villages is a not-for-profit corporation.  The Villages is a subsidiary of Central Florida Health, Inc., a Florida not-for-profit corporation that is not publicly held.  No publicly-held corporation owns 10% or more of The Villages.

     b.     LRMC is a Florida not-for-profit corporation.  LRMC is a wholly owned subsidiary of Central Florida Health Inc., a Florida not-for-profit corporation that is not publicly held. No publicly-held corporation owns 10% or more of LRMC.

     c.     Central Florida Health is a Florida not-for-profit corporation. Central Florida Health is a wholly owned subsidiary of Shands

Teaching Hospital and Clinics, Inc.   No publicly-held corporation owns 10% or more of Central Florida Health.

3.     Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

a.     Central Florida Health is not aware of any additional entities likely to participate in the litigation.

4.     Each person arguably eligible for restitution:

a.     Central Florida Health is not aware of any person arguably eligible for restitution.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

DATED:  November 2, 2021      **BAKER & HOSTETLER LLP**


By: */s/ Julie Singer Brady*
    Julie Singer Brady
    Florida Bar No. 389315
    Email:  *jsingerbrady@bakerlaw.com*
    200 South Orange Avenue, Suite 2300
    Orlando, FL 32801
    Telephone: 407.649.4000
    Facsimile: 407.841.0168

*Attorneys for Defendants*
THE VILLAGES TRI-COUNTY MEDICAL
CENTER, INC. d/b/a UF HEALTH CENTRAL
FLORIDA; LEESBURG REGIONAL
MEDICAL CENTER, INC. d/b/a UF HEALTH
CENTRAL FLORIDA; and CENTRAL
FLORIDA HEALTH, INC. d/b/a UF HEALTH
CENTRAL FLORIDA


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **DEFENDANT**

**CENTRAL FLORIDA HEALTH, INC. d/b/a UF HEALTH CENTRAL**

**FLORIDA'S CORPORATE DISCLOSURE STATEMENT**  was filed and

served through the Court's ECF system on this 2nd day of November, 2021, on all

counsel of record.


        */s/ Julie Singer Brady*
        Julie Singer Brady